1  **STEPTOE & JOHNSON LLP**
Charles Michael (NY Bar No. 4198412) (forthcoming *pro hac vice*)
2  *cmichael@steptoe.com*
3  1114 Avenue of the Americas
New York, NY 10036
4  (212) 506 3900 main

5
Galen Kast (DC Bar No. 1034774) (forthcoming *pro hac vice*)
6  *gkast@steptoe.com*
1330 Connecticut Avenue, NW
7  Washington, DC 200366
(202) 429 3000 main
8
Amanda Schwartz (CA Bar No. 307522)
9  *aschwartz@steptoe.com*
One Market Plaza, Steuart Tower, Suite 1070
10  San Francisco, CA 94105
11  (415) 365-6700 main

12  Attorneys for Plaintiff Cerebellum Networks, Inc.

13                    **UNITED STATES DISTRICT COURT**
14
                       **NORTHERN DISTRICT OF CALIFORNIA**
15

16  | CEREBELLUM NETWORKS, INC., | Civil Action No.:   3:23-cv-02444 |
    |---|---|
17  | Plaintiff, | **PLAINTIFF CEREBELLUM NETWORKS, INC.'S CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
18  | vs. | |
19  | KENZI WANG, and DOES 1-10, | |
20  | | |
21  | Defendants. | |

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report, and no publicly held corporation owns 10% or more of the undersigned's stock.

Dated: May 19, 2023          **STEPTOE & JOHNSON LLP**

By:     */s/Amanda Schwartz*
           Charles Michael, Esq.
           Galen Kast, Esq.
           Amanda Schwartz, Esq.

           Attorneys for Cere
           CEREBELLUM NETWORKS, INC.