**STEPTOE & JOHNSON LLP**
Charles Michael (NY Bar No. 4198412) (forthcoming *pro hac vice*)
*cmichael@steptoe.com*
1114 Avenue of the Americas
New York, NY 10036
(212) 506 3900 main

Galen Kast (DC Bar No. 1034774) (forthcoming *pro hac vice*)
*gkast@steptoe.com*
1330 Connecticut Avenue, NW
Washington, DC 200366
(202) 429 3000 main

Amanda Schwartz (CA Bar No. 307522)
*aschwartz@steptoe.com*
One Market Plaza, Steuart Tower, Suite 1070
San Francisco, CA 94105
(415) 365-6700 main

Attorneys for Plaintiff Cerebellum Networks, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CEREBELLUM NETWORKS, INC., | Civil Action No.:  4:23-cv-02444-KAW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)** |
| vs. | |
| KENZI WANG, and DOES 1-10, | |
| Defendants. | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)

1

2

PLEASE TAKE NOTICE that Plaintiff Cerebellum Networks, Inc. hereby voluntarily dismisses this action, under Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice.

3

4

Dated: May 24, 2023                     **STEPTOE & JOHNSON LLP**

5

6

7

By:     _/s/Amanda Schwartz_____

8

Charles Michael, Esq.

Galen Kast, Esq.

9

Amanda Schwartz, Esq.

10

Attorneys for Cere

11

CEREBELLUM NETWORKS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)